180 So.2d 541

Clarence **FREDIEU**

v.

**CITY OF WINNFIELD et al.**

No. 47992.

Dec. 13, 1965.

SANDERS, J., is of the opinion that a writ should be granted. Arts. 2315, 2316 and 2317, LSA–C.C.; Section 388, Restatement of Torts, 2nd, and the comments under this section.